Ronald Mu'Min OWENS–BEY, Plaintiff—Appellant,

v.

Carla Foster RHODES, individually and as Program Administrator–DHR–BCDSS; Marsha Garrison, individually and as Unit Administrator–DHR–BCDSS; Jerri Tomsik Sobus, Individually and as Personnel Administrator–DHR–BCDSS; Shawna Cunningham, Individually and as a Family Services Supervisor–DHR–BCDSS; Samuel Chambers, Jr., Individually and as Director–DHR–BCDSS; Ginger Scott, Individually and as Acting Appointing Authority–DHR–BCDSS; Christopher J. McCabe, Individually and as Secretary–Maryland Department of Human Resources; Cheryl Simpson Parker, Individually and as Assistant City Solicitor, Baltimore City–DSS; Stephanie A. Lewis, Individually and as Assistant Attorney General–DHR–BCDSS; Catherine M. Shultz, Individually and as Principal Counsel, Department of Human Resources; State of Maryland, Defendants—Appellees.

No. 08–2156.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 2, 2009.

Ronald Mu'Min Owens–Bey, Appellant Pro Se. Julia Doyle Bernhardt, Assistant

Attorney General, David Edward Beller, Cathy Ann Dryden, Office of the Attorney General of Maryland, Baltimore, Maryland; Todd Russell Chason, Litigation Counsel, Charles Robert Bacharach, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Mu'Min Owens–Bey appeals the district court's orders granting summary judgment in favor of Defendants and denying reconsideration in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Owens–Bey v. Rhodes,* No. 1:06–cv–02871–AMD (D. Md. Sept. 11, 2008; Sept. 26, 2008). We deny the motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*